

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG/AL:ljm
F.#2010R00153

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

February 24, 2011

First Class Mail and ECF

Vincent J. Romano, Esq.
9201 4th Avenue - Suite 704
Brooklyn, NY  11209

        Re:  United States v. Ilario Sessa
            Criminal Docket No. 11-0030 (KAM)

Dear Mr. Romano:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

    1.    Statements of the Defendant

    Enclosed is a redacted copy of a report, the non-redacted portions of which detail certain pedigree information provided by the defendant on the date of his arrest.

    2.    The Defendant's Criminal History

    A copy of a report detailing the defendant's criminal history is also enclosed.

    3.    Documents and Objects

    Please find enclosed a draft transcript stipulation. Following the government's receipt of a signed stipulation, counsel will be able to obtain available transcripts related to the consensual recordings referenced in the discovery letter dated January 31, 2011.

Vincent J. Romano, Esq.
Page 2

        If you have further questions or requests, please do not hesitate to contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                     By: _____
                              Elizabeth A. Geddes
                              Allon Lifshitz
                              Assistant U.S. Attorneys
                              (718) 254-6430
                              (718) 254-6164

Enclosures

cc:  Clerk of Court (KAM)
     (without enclosures)