# VINCENT J. ROMANO
### ATTORNEY AT LAW
**9201 4TH AVENUE, SUITE 704**
**BROOKLYN, NEW YORK 11209**

-----------

**(718) 852-5200**

December 12, 2011

Honorable Kiyo A. Matsumoto
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

                Re: United States v. Andrew Russo, et. al.
                   Criminal Docket No. 11-CR-30(KAM)

Dear Judge Matsumoto:

      As your Honor is aware, a status conference is scheduled on December 14, 2011 at 1:00 p.m. for the remaining eight (8) defendants in the above captioned matter.

      The eight (8) remaining defendants are requesting an adjournment of the December 14, 2011 status conference until January 20, 2012 at 11:00 a.m., or any other time convenient with the Court, in order to continue global plea discussions.

      The defense consents to the exclusion of time pursuant to the Speedy Trial Act from December 14, 2011 to January 20, 2012.

      Additionally, the government consents to the above request.

      Thank you very much for your time and consideration.

                                        Respectfully submitted,

                                        Vincent J. Romano

VJR/mr
cc: AUSA Elizabeth Geddes
    All Defense Counsel