# VINCENT J. ROMANO
ATTORNEY AT LAW
**9201 4TH AVENUE, SUITE 704**
**BROOKLYN, NEW YORK 11209**
----------
**(718) 852-5200**

May 25, 2012

Honorable Kiyo A. Matsumoto
U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: United States v. Ilario Sessa
        <u>Criminal Docket No. 11-CR-30(KAM)</u>

Dear Judge Matsumoto:

    Please be advised that Mr. Sessa is respectfully withdrawing his bail application which was previously scheduled for June 19, 2012 at 10:30 a.m. Thus, Mr. Sessa will not be making any submissions at this time.

    Thank you very much for your time and consideration.

                                        Respectfully submitted,

                                        Vincent J. Romano

VR./mr
cc: Elizabeth Geddes (via ECF)